UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YOLANDA DANIELS, SHENEKA
WILLIAMS, and TANISHA
WASHINGTON,

    Plaintiffs,

                                          Case No.: 4:20-cv-00458-MW-MAF

v.

WEST SHORE LLC d/b/a THE GREENS
AT OLD ST. AUGUSTINE, LIVE OAKS
AT KILLEARN, and 2305 AT KILLEARN,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant WEST SHORE LLC d/b/a The Greens at Old St. Augustine, Live Oaks at Killearn, and 2305 at Killearn, by and through its undersigned counsel, hereby notifies this Honorable Court the parties have agreed upon an amicable settlement in the above-referenced action. The settlement documents are currently being prepared. Each party will bear his or its own costs and fees. The Parties shall file a Joint Stipulation for Dismissal with Prejudice upon completion of the settlement.

Dated: August 5, 2021  Respectfully submitted,

  */s/ Nicole B. Dunlap*
Jeffrey B. Jones
Fla. Bar No.: 39950
Email: jbjones@littler.com
Nicole B. Dunlap
Fla. Bar No.: 116158
Email: ndunlap@littler.com

LITTLER MENDELSON P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL 32801.2366
Telephone: 407.393.2900
Facsimile: 407.393.2929

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5TH day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the E-File system and a correct copy of the foregoing has been furnished by electronic mail to:

Ericka E. Goodman, Esquire
Marie A. Mattox, Esquire
MARIE A. MATTOX, P. A.
203 North Gadsden Street
Tallahassee, FL 32303
Email: Marie@mattoxlaw.com
erika@mattoxlaw.com
Secondary emails: marlene@mattoxlaw.com
michelle@mattoxlaw.com
Attorneys For Plaintiff

  */s/ Nicole B. Dunlap*
Nicole B. Dunlap

4814-6107-4676.1 / 107204-1001

2