IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.: 4:20cv458-MW/MAF

**YOLANDA DANIELS,**
**et al.,**

    *Plaintiffs*,

**v.**

**WEST SHORE LLC, d/b/a THE**
**GREENSE AT OLD ST. AUGUSTINE,**
**LIVE OAKS AT KILLEARN, and**
**2305 AT KILLEARN,**

    *Defendant*s.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                 JESSICA J LYUBLANOVITS,
                                               CLERK OF COURT

September 1, 2021                          s/*Ronnell Barker*
DATE                                               DEPUTY CLERK